1  ERIC GRANT
   United States Attorney
2  JOSHUA B. BANISTER
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          | Case No. 1:25-po-00278-SAB

12 |            Plaintiff,              | [Citation #9337480 CA/74]

13 | v.                                 |
                                         MOTION AND ORDER FOR DISMISSAL
14 | JULIA FIERRO,                      |

15 |            Defendant.              |

16

17

18     The United States of America, by and through Michele Beckwith, Acting United States Attorney,

19 and Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 1:25-po-00278-

20 SAB [Citation #9337480 CA/74] against JULIA FIERRO, without prejudice, in the interest of justice,

21 pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: December 4, 2025              Respectfully submitted,

24                                      ERIC GRANT
                                        United States Attorney
25
                                    By: /s/ *Joshua B. Banister*
26                                      JOSHUA B. BANISTER
                                        Assistant United States Attorney
27

28

                                        1

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:25-po-00278-SAB [Citation #9337480 CA/74] against JULIA FIERRO is dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **December 4, 2025**

STANLEY A. BOONE
United States Magistrate Judge